Order entered June 5 , 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00935-CV

**ICON BENEFIT ADMINISTRATORS II, L.P.,
AMERICAN ADMINISTRATIVE GROUP, INC., AND
HEALTHSMART PREFERRED CARE, II L.P., Appellants**

**V.**

**JOELLA MULLIN, STANLEY SELF, ANDREA DAVENPORT,
LEE ANN DUMBAULD, SCOTT SNIDER, LEISA HUTCHESON, DAVID MILLER,
AND CITY OF LUBBOCK, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-08-01067-CV**

## ORDER

In accordance with the Court's opinion issued this date, we treat this appeal as a petition for writ of mandamus and conditionally **GRANT** mandamus relief. The Court **ORDERS** the trial judge, the Honorable King Fifer, judge of the County Court at Law No. 2, Dallas County, Texas, to **VACATE** his July 14, 2011 order denying Icon Benefit Administrators II, L.P., American Administrative Group, Inc., and HealthSmart Preferred Care, II L.P.'s motion to enforce protective order, declaring disclosure of the Reaves Audit not prohibited by the terms of the protective order, and providing disclosure of the Reaves Audit shall not occur until ten (10)

day following entry of the order. We **DIRECT** the trial judge to render an order granting the motion to enforce and ruling the protective order prohibits public disclosure of the Reaves Audit.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order issued in compliance with this order.

We **ORDER** that Icon Benefit Administrators II, L.P., American Administrative Group, Inc., and HealthSmart Preferred Care, II L.P. recover their costs of this proceeding from Lee Ann Dumbauld, Scott Snider, Leisa Hutcheson, David Miller, and the City of Lubbock.

/David  Evans/
DAVID EVANS
JUSTICE